1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE CHITTENDEN, et al.,, | No. 2:13-cv-1351 MCE CKD PS |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

     Plaintiffs are proceeding pro se. Plaintiffs have each filed an in forma pauperis affidavit. Pursuant to federal statute, a filing fee of $400.00 is required to commence a civil action in federal district court. 28 U.S.C. §1914(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. §1915(a). The combined amount of plaintiffs' income and assets shows that plaintiffs are able to pay the filing fee and costs. Thus, plaintiffs have made an inadequate showing of indigency. See <u>Alexander v. Carson Adult High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993); <u>California Men's Colony v. Rowland</u>, 939 F.2d 854, 858 (9th Cir. 1991); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994). Plaintiffs will therefore be granted twenty days in which to submit the appropriate filing fee to the Clerk of the Court. Plaintiffs are cautioned that failure to pay the fee will result in a

/////

1  recommendation that the applications to proceed in forma pauperis be denied and the instant
2  action be dismissed without prejudice.
3  Dated: July 10, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

6  4 chitten1351.den