UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE CHITTENDEN, | No. 2:13-cv-1351 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Defendant has requested an extension of time to respond to the amended complaint in light of the lapse of appropriations for funding of the Department of Justice.  The parties had previously agreed that defendants' response would be due October 15, 2013.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is stayed.  The stay entered herein shall be lifted upon restoration of appropriations without further order of the court.

2. Defendants' response to the amended complaint shall be filed within fourteen days after the stay is lifted.

////

////

////

////

1

3. The status conference currently set for December 11, 2013 is vacated. The status conference shall be reset as necessary.

Dated: October 16, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 chittenden.stay