1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GENE CHITTENDEN,                       No.  2:13-cv-1351 MCE CKD PS

12               Plaintiff,

13        v.                                ORDER

14   UNITED STATES OF AMERICA, et al.,

15               Defendants.

16

17        Defendant has requested an extension of time to respond to the amended complaint in

18   light of the lapse of appropriations for funding of the Department of Justice.  The parties had

19   previously agreed that defendants' response would be due October 15, 2013.

20        Good cause appearing, IT IS HEREBY ORDERED that:

21        1.  This action is stayed.  The stay entered herein shall be lifted upon restoration of

22   appropriations without further order of the court.

23        2.  Defendants' response to the amended complaint shall be filed within fourteen days

24   after the stay is lifted.

25   ////

26   ////

27   ////

28   ////

1

1        3.  The status conference currently set for December 11, 2013 is vacated.  The status

2    conference shall be reset as necessary.

3    Dated:  October 16, 2013

4    _____

5    CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE

6

7    4 chittenden.stay

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28