1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    GENE CHITTENDEN, ET AL. ,                    No.  2:13-cv-01351-MCE-CKD

12                 Plaintiffs,

13         v.                                       **RELATED CASE ORDER**

14    UNITED STATES OF AMERICA,
      ET AL. ,
15
                   Defendants.
16

17

18         The Court has received the Notice of Related Case filed on October 20, 2016

19    (ECF No. 23).

20         Examination of the above-entitled civil actions reveals that these actions are

21    related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve

22    many of the same defendants and are based on the same or similar claims, the same

23    property transaction or event, similar questions of fact and the same questions of law,

24    and would therefore entail a substantial duplication of labor if heard by different judges.

25         Accordingly, the assignment of the matters to the same judge is likely to effect a

26    substantial savings of judicial effort and is also likely to be convenient for the parties.

27    ///

28    ///

1    The parties should be aware that relating the cases under Local Rule 123 merely

2 has the result that both actions are assigned to the same judge; no consolidation of the

3 action is effected.  Under the regular practice of this court, related cases are generally

4 assigned to the district judge and magistrate judge to whom the first filed action was

5 assigned.

6    IT IS THEREFORE ORDERED that the action denominated 2:16-cv-02401-TLN-

7 KJN-PS  is reassigned to Judge Morrison C. England, Jr. for all further proceedings, and

8 any dates currently set in 2:16-cv-02401-TLN-KJN-PS are hereby VACATED.

9 Henceforth, the caption on documents filed in the reassigned shall be shown as

10 2:16-cv-02401-MCE-CKD.

11    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate

12 adjustment in the assignment of cases to compensate for this reassignment.

13    IT IS SO ORDERED.

14 Dated:  November 2, 2016

15

16 MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28